JS-6

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (415) 977-8928
Marla.Letellier@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DIANA GUADALUPE DAVIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>LELAND DUDEK, Acting<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No. 5:24-CV-2255-RAO<br><br>[~~PROPOSED~~] JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[~~Proposed~~] Judgment Re Remand                    Page 1

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated this 28th day of February, 2025.

_____
Hon. Rozella A. Oliver
United States Magistrate Judge